UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND    DIVISION

Rod Eslami
_____

*(Enter full name of plaintiff(s))*

**Plaintiff(s),**

v.

Federal National Mortgage Association,
_____

*(Enter full name of ALL defendant(s))*

**Defendant(s).**

Civil Case No. _____
*(to be assigned by Clerk of the Court)*

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, Rod Eslami _____, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare than I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions:

1. Are you currently incarcerated?   ☐ Yes ☑ No

   If "Yes" state the place of your incarceration: _____

   **If "Yes" and you are filing a civil action, have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account showing transactions for the past six (6) months.**

2. Are you currently employed?   ☐ Yes ☑ No ☐ Self-employed

   a. If the answer is "Yes," state:

      Employer's name: _____

      Employer's address: _____

      Amount of take-home pay or wages: $_____ per _____ *(specify pay period)*

Revised August 6, 2010
Page 1

USDC - Oregon

    b.    If the answer is "No," state:
Name of last employer: __Design & pRoDucTioN (out of business for several years.)__
Address of last employer: __POBox 6494 BeaverTon oRegon 97007__
Date of last employment: __2006__
Amount of take-home salary or wages: $__Varied__ per __month__ (specify pay period)

3.    Is your spouse or significant-other employed? ☐ Yes ☒ No ☐ Self-employed ☐ Not applicable
If the answer is "Yes," state:

    Employer's name: _____
    Employer's address: _____
    Amount of take-home pay or wages: $_____ per _____ (specify pay period)

4.    In the past 12 months have you received any money from any of the following sources?

    a.    Business, profession or other self-employment  ☐ Yes ☒ No
        If "Yes," state: Amount received:  $_____
        Amount expected in future:  $_____

    b.    Rent payments, interest, or dividends  ☐ Yes ☒ No
        If "Yes," state: Amount received:  $_____
        Amount expected in future:  $_____

    c.    Pensions, annuities, or life insurance payments  ☐ Yes ☒ No
        If "Yes," state: Amount received:  $_____
        Amount expected in future:  $_____

    d.    Disability or workers compensation payments  ☐ Yes ☒ No
        If "Yes," state: Amount received:  $_____
        Amount expected in future:  $_____

    e.    Gifts or inheritances  ☐ Yes ☒ No
        If "Yes," state: Amount received:  $_____
        Amount expected in future:  $_____

    f.    Any other sources  ☐ Yes ☒ No
        If "Yes," state: Source: _____
        Amount received:  $_____
        Amount expected in future:  $_____

5. Do you have cash or checking or savings accounts? ☑ Yes ☐ No
   (including prison trust accounts)?

   If "Yes," state the total amount: ≈ $100.00

6. Do you own any <u>real estate</u>, stocks, bonds, securities, other financial instruments, <u>automobiles</u> or other valuable property? ☑ Yes ☐ No

   If "Yes," describe the asset(s) and state the value of each asset listed.

   Residential property : But is Foreclosed.
   Time share property : But is Foreclosed.
   X5 BMW Automobile : But has been repossesed.

7. Do you have any other assets? ☐ Yes ☑ No

   If "Yes," list the asset(s) and state the value of each asset listed.

8. Do you have any <u>housing</u>, transportation, <u>utilities</u>, or loan payments, or other regular monthly expenses? ☑ Yes ☐ No

   If "Yes," describe and provide the amount of the monthly expense.

   Utilities : ≈ $250/M
   Transportation, etc : ≈ $100/M

9. List the persons (or, if under 18, initials only) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Elizabeth Eslami  wife
   Susan Eslami  Daughter

10. Do you have any debts or financial obligations?   ☒ Yes   ☐ No

If "Yes," describe the amounts owed and to whom they are payable.

I have done Bankruptcy in less than a year ago. I don't remember any other owe or debt at this time, but it is possible.

**If I am incarcerated, I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments toward the full filing fee of $350.00 for a prisoner civil rights complaint in accordance with 28 U.S.C. § 1915(b).**

I declare under penalty of perjury that the above information is true and correct.

_5-16-13_
DATE

_Rod Eslv_ (signature)
SIGNATURE OF APPLICANT

Rod Eslami
PRINTED NAME OF APPLICANT